# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NAKESHA WALSH, | Civil Action No. 2:24-8253 |
| Plaintiff(s), | |
| v. | **60 DAY ORDER ADMINISTRATIVELY TERMINATING ACTION** |
| THE PNC FINANCIAL SERVICES GROUP, INC., *et al* | |
| Defendant(s). | |

It having been reported to the Court that the above-captioned action has been settled,

## IT IS on this 8th day of July, 2026

ORDERED that this action and any pending motions are hereby administratively terminated; and it is further

ORDERED that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

ORDERED that within 60 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened; and it is further

ORDERED that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 60-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

_____
BRIAN R. MARTINOTTI, U.S.D.J.